# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Edith McCurry

           Plaintiff,

v.                                         Case No.: 1:19−cv−04067
                                             Honorable Sharon Johnson Coleman

MARS, et al.

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 18, 2021:

      MINUTE entry before the Honorable Sharon Johnson Coleman: The Court has carefully reviewed the record and Judge Fuentes' numerous rulings. The Court, in its discretion, denies pro se plaintiff's motion for sanctions for the same reasons Judge Fuentes denied her earlier motions for sanctions. [151] Discovery has closed and the summary judgment motion deadline has been set for 10/25/21. At this point, the best course of action is for the parties to focus on the summary judgment filings instead rehashing old discovery disputes. The Court will not entertain any further motions for sanctions. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.