IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Edith McCurry,<br><br>                    Plaintiff,<br><br>v.<br><br>Mars, Kenco Logistics Services, LLC, The Hartford Financial Services Group, Inc., The Reed Group and Dr. Koehler,<br><br>                    Defendants. | Case No. 19-CV-04067<br><br>Judge Sharon Johnson Coleman<br>Magistrate Judge Gabriel A. Fuentes |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant, Kenco Logistic Services, LLC ("Kenco"), by and through its undersigned attorneys, submits this Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1:

1. Plaintiff Edith McCurry alleges that Kenco engaged in employment discrimination in violation of Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981 by delaying or denying her short-term and long-term disability benefits. McCurry also alleges that Kenco violated the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C.S. § 1132(a)(1)(B), through the same conduct: alleged improper decisions surrounding her disability benefits.

2. All of McCurry's claims fail as a matter of law, regardless of how McCurry labels her claims, because Kenco played no role in her alleged benefits denials or delays. All of the alleged injuries about which McCurry complains were committed by Kenco's insurer, The Hartford—and not Kenco.

3. The law in the Seventh Circuit is clear that ERISA is the exclusive remedy to seek recovery of benefits under a disability plan, and furthermore, such ERISA actions may not be brought against the employer in circumstances where the employer plays no role in the benefits

decisions or the payment of benefits. (*See Vallone v. CNA Fin. Corp.,* 375 F.3d 623, 638 (7th Cir. 2004) ("claims by a beneficiary for wrongful denial of benefits (no matter how they are styled) have been held by the Supreme Court to 'fall directly under 502(a)(1)(B) of ERISA, which provides an exclusive federal cause of action for resolution of such disputes.'").

4. Kenco's disability benefits plans at issue in this case were insured and administered by The Hartford and, therefore, Kenco played no role in any of the decisions surrounding eligibility for disability benefits or payment of such benefits. Accordingly, Kenco did not violate ERISA as a matter of law, because Kenco did not play any role in the decisions surrounding disability benefits.

5. Likewise, McCurry's discrimination claims under Title VII and Section 1981 must fail because Kenco took no materially adverse action against her. The alleged harm was committed by a third-party, The Hartford, without any influence from Kenco.

6. Kenco references and incorporates all arguments set forth in its accompanying Memorandum in Support of its Motion for Summary Judgment as though set forth herein.

WHEREFORE, for all the reasons stated herein, Kenco requests that the Court grant its Motion for Summary Judgment, enter an order dismissing McCurry's claims with prejudice, and grant such further relief as the Court deems proper.

Dated: October 25, 2021      Respectfully submitted,

**KENCO LOGISTIC SERVICES, LLC**

*/s/ Julia Pearce Argentieri*
One of Its Attorneys

        Julia Pearce Argentieri
        J. Casey Leech
        Jackson Lewis P.C.
        150 North Michigan Avenue, Suite 2500
        Chicago, Illinois 60601
        Telephone: (312) 787-4949
        Facsimile: (312)787-4995
        julia.argentieri@jacksonlewis.com
        casey.leech@jacksonlewis.com

## **CERTIFICATE OF SERVICE**

The undersigned attorney, hereby certifies that on October 25, 2021, she electronically caused to be filed a copy of the foregoing **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system, which will send a notice of the electronic filing to those registered on the Court's CM/ECF system, and that a copy was also sent via email and U.S. Mail to:

Edith McCurry
6239 South 13110 East Road
Pembroke Township, IL 60958
emccurry1@gmail.com

By: */s/ Julia Pearce Argentieri*
One of Defendant's Attorneys